[DO NOT PUBLISH]

# IN THE UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT

_____

**No. 05-11704**
**Non-Argument Calendar**
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOVEMBER 15, 2005
THOMAS K. KAHN
CLERK

D.C. Docket No.  04-00180-CR-J-99-HTS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CHENELLE COLLINS,

Defendant-Appellant.

_____

**Appeal from the United States District Court**
**for the Middle District of Florida**
_____

**(November 15, 2005)**

Before EDMONDSON, Chief Judge, BIRCH and BARKETT, Circuit Judges.

**PER CURIAM:**

Maurice C. Grant, II, appointed counsel for Chenelle Collins in this appeal

from a revocation of supervised release, has moved to withdraw from further

representation of the appellant and filed a brief pursuant to Anders v. California,

386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the revocation of Collins's supervised release is **AFFIRMED**.